UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-23097-JB

STAINTON WILLIAMS, By and Through His Designated Attorney-In-Fact, Blossome McLaughlin-Allen, Pursuant to a Valid and Enforceable Power of Attorney,

    Plaintiff,
vs.

CITIZENS PROPERTY INSURANCE CORPORATION,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF AVAILABILITY FOR STATUS CONFERENCE

Defendant, Citizens Property Insurance Corporation ("Defendant" or "Citizens"), by and through its undersigned attorneys and pursuant to this Court's Paperless Order dated July 29, 2025 (D.E. 8), hereby responds as follows:

1. The undersigned filed their appearances on behalf of Defendant on August 12, 2025 (D.E. 11).

2. Pursuant to this Court's Paperless Order dated July 29, 2025 (D.E. 8), the parties are required to "submit three proposed dates for a status conference no later than three days after Defendant enters an appearance in this matter." Accordingly, the deadline to comply with the July 29th Order is August 15, 2025.

3. Defendant's counsel has attempted to confer on several occasions with Plaintiff's counsel regarding proposed dates for a status conference to no avail.

4. As of the filing of this notice, Plaintiff's counsel has not: (i) attempted to contact the undersigned for purposes of clearing proposed dates for a status conference; (ii) provided proposed dates for a status conference; or (iii) responded to the undersigned's email communications on this same issue.

5. As such, Defendant is compelled to file its unilateral notice of availability for a status conference. Specifically, Defendant's counsel propose any of the following three dates for a status conference: **August 21, 25, or 26, 2025.**

Respectfully submitted,

**SHUTTS & BOWEN LLP**
*Attorneys for Defendant, Citizens Property Insurance Corporation*
201 East Las Olas Blvd. Suite 2200
Fort Lauderdale, FL 33301
Telephone: (954) 524-5505

By: */s/ David Batista*
**David O. Batista**
Florida Bar No. 175803
Email: dbatista@shutts.com

-and-
200 S. Biscayne Blvd., Ste. 4100
Miami, FL 33131
Telephone: (305) 358-6300

By: */s/ Julissa Rodriguez*
**Julissa Rodriguez**
Florida Bar No. 0165662
Email: jrodriguez@shutts.com

-and-
215 South Monroe Street, Suite 804
Tallahassee, FL 32301
Telephone: (850) 241-1717

By: */s/ Daniel Nordby*
**Daniel E. Nordby**
Florida Bar No. 14588
Email: dnordby@shutts.com

        **Ricky L. Polston**
        Florida Bar No. 648906
        Email: rpolston@shutts.com

            -and-

        4301 West Boy Scout Blvd. Ste 300
        Tampa, FL 33607
        Telephone: (813) 229-8900
        Facsimile:  (813) 229-8901

        By: */s/ Garett Tozier*
        **Garrett A. Tozier**
        Florida Bar No. 104834
        Email: gtozier@shutts.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of August 2025, a true and correct copy of the foregoing has been furnished *via* CM/ECF to: Michael Citron Esq., MAC Legal, P.A., 4601 Sheridan Street, Suite 205, Hollywood, Florida 33021 (michael@maclegalpa.com, service@maclegalpa.com).

        */s/ David Batista*
        DAVID O. BATISTA