**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
(Miami Division)

| | |
|---|---|
| STAINTON WILLIAMS, By and Through His Designated Attorney-In-Fact, Blossome McLaughlin-Allen, Pursuant to a Valid and Enforceable Power of Attorney, | CASE NO: 1:25-cv-23097-XXXX |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION [DE 4]** |
| CITIZENS PROPERTY INSURANCE CORPORATION, | |
| Defendant. | |

    Plaintiff, STAINTON WILLIAMS, by and through his Designated Attorney-In-Fact, Blossome McLaughlin-Allen, pursuant to a valid and enforceable Power of Attorney, and by and through undersigned counsel, hereby gives notice of withdrawal of the MOTION FOR PRELIMINARY INJUNCTION filed on July 11, 2025, entered on the docket as ECF No. 4. This withdrawal is made prior to any ruling by the Court. The withdrawal is without prejudice to Plaintiff's right to raise the same or similar issues in a subsequent motion, and is not intended to waive or relinquish any claims, defenses, or arguments available to Plaintiff in this action.

    Respectfully submitted this 16th day of August, 2025

> /s/ Michael A. Citron
> Michael A. Citron, Esq.
> FBN: 105083
> **MAC Legal, P.A.**
> 4601 Sheridan Street, Ste. 205
> Hollywood, FL 33021
> Tel : 954.395.2954
> Michael@maclegalpa.com
> Service@maclegalpa.com
> *Counsel for Plaintiff(s)*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        */s/ Michael A. Citron*
        Michael A. Citron, Esq.
        FBN: 105083
        **MAC Legal, P.A.**
        4601 Sheridan Street, Ste. 205
        Hollywood, FL 33021
        Tel : 954.395.2954
        Michael@maclegalpa.com
        Service@maclegalpa.com
        *Counsel for Plaintiff(s)*