UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

| | |
|---|---|
| STAINTON WILLIAMS, By and Through His Designated Attorney-In-Fact, Blossome McLaughlin-Allen, Pursuant to a Valid and Enforceable Power of Attorney, <br><br> Plaintiff, <br> v. <br><br> CITIZENS PROPERTY INSURANCE CORPORATION, <br><br> Defendant. | CASE NO: 1:25-cv-23097-XXXX <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, STAINTON WILLIAMS, by and through his Designated Attorney-in-Fact, Blossome McLaughlin-Allen, and undersigned counsel, pursuant to a valid and enforceable Power of Attorney, hereby voluntarily dismisses this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Defendant filed a motion to dismiss on August 12, 2025 [D.E. 12]. However, no answer or motion for summary judgment has been filed. Accordingly, Plaintiff's right to dismiss is absolute and self-executing. See *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990); *Williams v. Ezell*, 531 F.2d 1261, 1264 (5th Cir. 1976) ("The court had no power or discretion to deny plaintiff's right to dismiss or to attach any condition or burden to that right.").

The dismissal is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is required. *Matthews* at 880 (11th Cir. 1990)(citing J. Moore, *Moore's Federal Practice* para. 41.02[2] (1988)).

Respectfully submitted this September 5, 2025.

*/s/ Michael A. Citron*

1

Michael A. Citron, Esq.
FBN: 105083
**MAC Legal, P.A.**
4601 Sheridan Street, Ste. 205
Hollywood, FL 33021
Tel : 954.395.2954
Michael@maclegalpa.com
Service@maclegalpa.com
*Counsel for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this September 5, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Michael A. Citron*
Michael A. Citron, Esq.
FBN: 105083
**MAC Legal, P.A.**
4601 Sheridan Street, Ste. 205
Hollywood, FL 33021
Tel : 954.395.2954
Michael@maclegalpa.com
Service@maclegalpa.com
*Counsel for Plaintiff(s)*