UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-23097-JB

STAINTON WILLIAMS, by and through his designated attorney-in-fact, Blossome McLaughlin-Allen, pursuant to a valid and enforceable power of attorney,

    Plaintiff,

v.

CITIZENS PROPERTY INSURANCE CORPORATION,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on Plaintiff's Notice of Voluntary Dismissal (the "Notice"), ECF No. [22], in which Plaintiff dismisses this action without prejudice. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida this 5th day of September, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**